UNITED STATES DISTRICT COURT          JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 13-01956-MWF (Ex)**          Date:  **May 1, 2013**

Title:      Bank of America, N.A. -*v*- Antonio Garcia, Jr.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT
                   JUDGE

Rita Sanchez                                           None Present
Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION

On March 19, 2013, Defendant removed this action to federal court.  The jurisdictional allegations appeared to be defective, and on April 10, 2013, the Court *sua sponte* issued an Order to Show Cause re Jurisdiction, directing Defendant to respond in writing no later than April 29, 2013.  (Docket No. 5).  Defendant did not respond to the Order to Show Cause.

Accordingly, the Court concludes that it lacks jurisdiction over the claims at issue in this matter and *sua sponte* remands the action to California Superior Court.  The scheduling conference set for May 6, 2013 is removed from the Court's calendar.

IT IS SO ORDERED.